MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:    Northwest Bituminous, Inc.

Chapter 7

Case No. 08-30615

Please Check One:

\_\_\_\_\_  Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|

**SEE ATTACHED EXHIBIT A**

Date: February 8, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

Printed: 02/08/11 02:43 PM

# Claims Distribution Small Checks

Page: 1

Case: 08-30615 - NORTHWEST BITUMINOUS, INC.

Trustee: Mary Jo A. Jensen-Carter (430110)

Account No. 420002198755666

Check No. Issued: 10157 02/08/11

Payee: U.S. Bankruptcy Court

Check Amount: $53.29

| Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|
| 1 | 02/22/08 | 610 | PIONEER RIM & WHEEL<br>2500 KENNEDY ST NE<br>MINNEAPOLIS, MN 55413 | 968.22 | 968.22 | 2.36 | 2.36 |
| 2 | 02/22/08 | 610 | HAYDEN MURPHY<br>9301 E BLOOMINGTON FREEWAY<br>MINNEAPOLIS, MN 55420-3410 | 182.47 | 182.47 | 0.44 | 0.44 |
| 5 | 02/25/08 | 610 | CARL BOHLANDER & SONS<br>251 STARKEY ST<br>PO BOX 7216<br>ST PAUL, MN 55107 | 694.44 | 694.44 | 1.68 | 1.68 |
| 6 | 02/25/08 | 610 | ABCO CONCRETE<br>3520 EAST 43RD ST<br>MINNEAPOLIS, MN 55406 | 931.88 | 931.88 | 2.26 | 2.26 |
| 7 | 02/25/08 | 610 | NORTHWEST ASPHALT<br>1451 STAGECOACH RD<br>SHAKOPEE, MN 55379 | 654.00 | 654.00 | 1.59 | 1.59 |
| 8 | 02/25/08 | 610 | TARPS INC<br>KATHY SCHMELZER<br>8526 E 204TH ST<br>PRIOR LAKE, MN 55372 | 161.42 | 161.42 | 0.39 | 0.39 |
| 10 | 02/26/08 | 610 | NORTHFIELD FOUNDRY<br>PO BOX 140<br>NORTHFIELD, MN 55057 | 494.80 | 494.80 | 1.20 | 1.20 |
| 12 | 02/27/08 | 610 | RACHEL CONTRACTING<br>10900 89TH AVE N<br>MAPLE GROVE, MN 55369 | 570.00 | 570.00 | 1.38 | 1.38 |
| 13 | 02/27/08 | 610 | MVTL LABORATORIES INC<br>1126 N FRONT ST<br>PO BOX 249<br>NEW ULM, MN 56073 | 98.38 | 98.38 | 0.24 | 0.24 |

(**) Denotes objection to Amount Filed

Printed: 02/08/11 02:43 PM  Page: 2

# Claims Distribution Small Checks

Case: 08-30615 - NORTHWEST BITUMINOUS, INC.

Trustee: Mary Jo A. Jensen-Carter (430110)

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | 17 | 02/29/08 | 610 | THEIL CAMPBELL & GUNDERSON<br>7300 METRO BLVD STE 630<br>EDINA, MN 55439 | 945.00 | 945.00 | 2.29 | 2.29 |
| | | 22 | 03/05/08 | 610 | ZACK'S INC<br>17182 ADELMANN ST SE STE 300<br>PRIOR LAKE, MN 55372 | 1,386.37 | 1,386.37 | 3.36 | 3.36 |
| | | 23 | 03/05/08 | 610 | CUSTOM HOSE TECH INC<br>9708 HUMBOLDT AVE S<br>BLOOMINGTON, MN 55431 | 733.08 | 733.08 | 1.78 | 1.78 |
| | | 24 | 03/10/08 | 610 | ROAD MACHINERY & SUPPLIES<br>5633 W HWY 13<br>SAVAGE, MN 55378 | 477.83 | 477.83 | 1.16 | 1.16 |
| | | 26 | 03/12/08 | 610 | HOFFMAN FILTER SERVICE LLC<br>PO BOX 504<br>ST JAMES, MN 56081 | 651.11 | 651.11 | 1.58 | 1.58 |
| | | 27 | 03/13/08 | 610 | INTERSTATE COMPANIES INC<br>2601 AMERICAN BLVD E<br>MINNEAPOLIS, MN 55425-1378 | 791.14 | 791.14 | 1.92 | 1.92 |
| | | 29 | 03/14/08 | 610 | PERFORMANCE HYDRAULICS<br>11301 WEST 47TH ST<br>MINNETONKA, MN 55343 | 1,273.59 | 1,273.59 | 3.09 | 3.09 |
| | | 33 | 03/20/08 | 610 | WASTE MANAGEMENT - RMC<br>2421 W PEORIA AVE STE 110<br>PHOENIX, AZ 85029 | 560.07 | 560.07 | 1.36 | 1.36 |
| | | 35 | 03/26/08 | 610 | LIEN GUARANTY, INC<br>1206 NORTH FRONTAGE RD STE B<br>HASTINGS, MN 55033 | 1,104.70 | 1,104.70 | 2.68 | 2.68 |
| | | 39 | 04/07/08 | 610 | NEENAH FOUNDRY<br>BOX 729<br>NEENAH, WI 54956 | 605.99 | 605.99 | 1.47 | 1.47 |

(*) Denotes objection to Amount Filed

# Claims Distribution Small Checks

Case: 08-30615 - NORTHWEST BITUMINOUS, INC.

Trustee: Mary Jo A. Jensen-Carter (430110)

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | 40 | 04/11/08 | 610 | HI LINE ELECTRIC CO<br>2121 VALLEY VIEW LN<br>DALLAS, TX 75234 | 711.33 | 711.33 | 1.72 | 1.72 |
| | | 42 | 04/30/08 | 610 | A & B AUTO ELECTRIC INC<br>12601 CHOWEN AVE S<br>BURNSVILLE, MN 55337 | 900.53 | 900.53 | 2.18 | 2.18 |
| | | 46 | 05/19/08 | 610 | UNITED RENTALS INC<br>PO BOX 100711<br>ATLANTA, GA 30384-0711 | 1,638.35 | 1,638.35 | 3.97 | 3.97 |
| | | 52 | 06/16/08 | 610 | NAPA AUTO PARTS<br>3715 W HWY 13<br>BURNSVILLE, MN 55337 | 1,716.29 | 1,716.29 | 4.16 | 4.16 |
| | | 60 | 06/25/08 | 610 | FOWLER ELECTRIC<br>9054 GRAND AVE S<br>BLOOMINGTON, MN 55420-3634 | 277.04 | 277.04 | 0.67 | 0.67 |
| | | 61 | 06/25/08 | 610 | DALE GREEN CO<br>1308 W HYW 13<br>BURNSVILLE, MN 55337 | 156.90 | 156.90 | 0.38 | 0.38 |
| | | 63 | 06/25/08 | 610 | METRO EROSION<br>12650 ZENITH AVE S<br>BURNSVILLE, MN 55337 | 690.26 | 690.26 | 1.67 | 1.67 |
| | | 66 | 06/27/08 | 610 | MHC ASSOCIATES<br>PO BOX 1749<br>BURNSVILLE, MN 55337 | 279.82 | 279.82 | 0.68 | 0.68 |
| | | 67 | 06/27/08 | 610 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 110.75 | 110.75 | 0.27 | 0.27 |
| | | 68 | 07/03/08 | 610 | TRI STATE BOBCAT<br>1800 WEST HWY 13<br>BURNSVILLE, MN 55337 | 759.12 | 759.12 | 1.84 | 1.84 |

(*) Denotes objection to Amount Filed

Printed: 02/08/11 02:43 PM

Page: 4

# Claims Distribution Small Checks

**Trustee:** Mary Jo A. Jensen-Carter (430110)

**Case:** 08-30615 - NORTHWEST BITUMINOUS, INC.

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | 73 | 08/19/08 | 610 | RSC EQUIPMENT RENTAL<br>3750 HIGHWAY 13 WEST<br>BURNSVILLE, MN 55337 | 1,451.76 | 1,451.76 | 3.52 | 3.52 |

(*) Denotes objection to Amount Filed