MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:      Northwest Bituminous, Inc.

Chapter 7

Case No. 08-30615

Please Check One:

____   Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|

SEE ATTACHED EXHIBIT A

Date: April 5, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 11 APR -7 AM 11:15 U.S. BANKRUPTCY COURT ST. PAUL, MN

# EXHIBIT A

## Claims Distribution Small Checks

**Trustee: Mary Jo A. Jensen-Carter (430110)**

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92000219875667 | 127 | 04/05/11 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $53.08 |
| | | | 1 | 02/22/08 | 610 | PIONEER RIM & WHEEL<br>2500 KENNEDY ST NE<br>MINNEAPOLIS, MN 55413 | 968.22 | 968.22 | 3.06 | 0.70 |
| | | | 2 | 02/22/08 | 610 | HAYDEN MURPHY<br>9301 E BLOOMINGTON FREEWAY<br>MINNEAPOLIS, MN 55420-3410 | 182.47 | 182.47 | 0.58 | 0.14 |
| | | | 5 | 02/25/08 | 610 | CARL BOHLANDER & SONS<br>251 STARKEY ST<br>PO BOX 7216<br>ST PAUL, MN 55107 | 694.44 | 694.44 | 2.19 | 0.51 |
| | | | 6 | 02/25/08 | 610 | ABCO CONCRETE<br>3520 EAST 43RD ST<br>MINNEAPOLIS, MN 55406 | 931.88 | 931.88 | 2.95 | 0.69 |
| | | | 7 | 02/25/08 | 610 | NORTHWEST ASPHALT<br>1451 STAGECOACH RD<br>SHAKOPEE, MN 55379 | 654.00 | 654.00 | 2.07 | 0.48 |
| | | | 8 | 02/25/08 | 610 | TARPS INC<br>KATHY SCHMELZER<br>8526 E 204TH ST<br>PRIOR LAKE, MN 55372 | 161.42 | 161.42 | 0.51 | 0.12 |
| | | | 10 | 02/26/08 | 610 | NORTHFIELD FOUNDRY<br>PO BOX 140<br>NORTHFIELD, MN 55057 | 494.80 | 494.80 | 1.56 | 0.36 |
| | | | 11 | 02/27/08 | 610 | HANSON PIPE & PRECAST INC<br>C/O JOHN A HALPERN & ASSSOC LAW FIRM<br>12 S 6TH ST STE 500 PLYMOUTH BLDG<br>MINNEAPOLIS, MN 55402-1510 | 3,153.87 | 3,153.87 | 9.97 | 2.32 |

(*) Denotes objection to Amount Filed

Printed: 04/05/11 04:29 PM

Case 08-30615   Doc 116   Filed 04/07/11   Entered 04/07/11 14:20:34   Desc Main
                          Document        Page 3 of 6

Case: 08-30615 - NORTHWEST BITUMINOUS, INC.

Trustee: Mary Jo A. Jensen-Carter (430110)

Page: 5

# Claims Distribution Small Checks

| Account No. Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 12 | 02/27/08 | 610 | RACHEL CONTRACTING<br>10900 89TH AVE N<br>MAPLE GROVE, MN 55369 | 570.00 | 570.00 | 1.80 | 0.42 |
| 13 | | 02/27/08 | 610 | MVTL LABORATORIES INC<br>1126 N FRONT ST<br>PO BOX 249<br>NEW ULM, MN 56073 | 98.38 | 98.38 | 0.31 | 0.07 |
| 14 | | 02/28/08 | 610 | TUPY & KUBES TREE SERVICE INC<br>WORNSON GOGGINS ZARD NEISEN MORRIS KING<br>119 E MAIN ST<br>NEW PRAGUE, MN 56071 | 6,110.00 | 6,110.00 | 19.31 | 4.50 |
| | 17 | 02/29/08 | 610 | THEIL, CAMPBELL & GUNDERSON<br>7300 METRO BLVD STE 630<br>EDINA, MN 55439 | 945.00 | 945.00 | 2.99 | 0.70 |
| | 18 | 02/29/08 | 610 | GREATAMERICA LEASING CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | 3,290.07 | 3,290.07 | 10.40 | 2.42 |
| | 20 | 03/04/08 | 610 | VALLEY OIL<br>PO BOX 74<br>SAVAGE, MN 55378 | 2,368.71 | 2,368.71 | 7.49 | 1.75 |
| | 22 | 03/05/08 | 610 | ZACK'S INC<br>17182 ADELMANN ST SE STE 300<br>PRIOR LAKE, MN 55372 | 1,386.37 | 1,386.37 | 4.38 | 1.02 |
| 23 | | 03/05/08 | 610 | CUSTOM HOSE TECH INC<br>9708 HUMBOLDT AVE S<br>BLOOMINGTON, MN 55431 | 733.08 | 733.08 | 2.32 | 0.54 |
| 24 | | 03/10/08 | 610 | ROAD MACHINERY & SUPPLIES<br>5633 W HWY 13<br>SAVAGE, MN 55378 | 477.83 | 477.83 | 1.51 | 0.35 |
| 26 | | 03/12/08 | 610 | HOFFMAN FILTER SERVICE LLC<br>PO BOX 504<br>ST JAMES, MN 56081 | 651.11 | 651.11 | 2.06 | 0.48 |

(*) Denotes objection to Amount Filed

# Claims Distribution Small Checks

**Case:** 08-30615 - NORTHWEST BITUMINOUS, INC.

**Trustee:** Mary Jo A. Jensen-Carter (430110)

| Account No. Claim No. | Check No. Issued | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 27 | | 03/13/08 | 610 | INTERSTATE COMPANIES INC<br>2601 AMERICAN BLVD E<br>MINNEAPOLIS, MN 55425-1378 | 791.14 | 791.14 | 2.50 | 0.58 |
| 28 | | 03/14/08 | 610 | SCHIRMERS CONCRETE, INC<br>3550 RIVER RD SE<br>CLEAR LAKE, MN 55319 | 2,600.00 | 2,600.00 | 8.22 | 1.92 |
| 29 | | 03/14/08 | 610 | PERFORMANCE HYDRAULICS<br>11301 WEST 47TH ST<br>MINNETONKA, MN 55343 | 1,273.59 | 1,273.59 | 4.02 | 0.93 |
| 33 | | 03/20/08 | 610 | WASTE MANAGEMENT - RMC<br>2421 W PEORIA AVE STE 110<br>PHOENIX, AZ 85029 | 560.07 | 560.07 | 1.77 | 0.41 |
| 34 | | 03/21/08 | 610 | MN ROADWAYS CO<br>4370 VALLEY IND BLVD S<br>SHAKOPEE, MN 55379 | 3,776.55 | 3,776.55 | 11.93 | 2.77 |
| 35 | | 03/26/08 | 610 | LIEN GUARANTY, INC<br>1206 NORTH FRONTAGE RD STE B<br>HASTINGS, MN 55033 | 1,104.70 | 1,104.70 | 3.49 | 0.81 |
| 39 | | 04/07/08 | 610 | NEENAH FOUNDRY<br>BOX 729<br>NEENAH, WI 54956 | 605.99 | 605.99 | 1.92 | 0.45 |
| 40 | | 04/11/08 | 610 | HI LINE ELECTRIC CO<br>2121 VALLEY VIEW LN<br>DALLAS, TX 75234 | 711.33 | 711.33 | 2.25 | 0.53 |
| 41 | | 04/16/08 | 610 | BOHNSACK & HENNEN EXCAVATING<br>17072 REVERE WAY<br>PRIOR LAKE, MN 55372 | 2,555.50 | 2,555.50 | 8.08 | 1.88 |
| 42 | | 04/30/08 | 610 | A & B AUTO ELECTRIC INC<br>12601 CHOWEN AVE S<br>BURNSVILLE, MN 55337 | 900.53 | 900.53 | 2.85 | 0.67 |

(*) Denotes objection to Amount Filed

# Claims Distribution Small Checks

Trustee: Mary Jo A. Jensen-Carter (430110)

| Account No.<br>Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 44 | | 05/07/08 | 610 | INTERNAL REVENUE SERVICE<br>WELLS FARGO PLACE<br>30 EAST 7TH ST MAIL STOP 5700<br>ST PAUL, MN 55101 | 2,421.31 | 2,421.31 | 7.65 | 1.78 |
| 46 | | 05/19/08 | 610 | UNITED RENTALS INC<br>PO BOX 100711<br>ATLANTA, GA 30384-0711 | 1,638.35 | 1,638.35 | 5.18 | 1.21 |
| 51 | | 06/12/08 | 610 | JOHNSON & COMPANY LTD<br>3255 FERNBROOK LN N<br>MINNEAPOLIS, MN 55447 | 5,830.00 | 5,830.00 | 18.42 | 4.29 |
| 52 | | 06/16/08 | 610 | NAPA AUTO PARTS<br>3715 W HWY 13<br>BURNSVILLE, MN 55337 | 1,716.29 | 1,716.29 | 5.42 | 1.26 |
| 57 | | 06/23/08 | 610 | PITNEY BOWES CREDIT CORPORATION<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | 2,067.89 | 2,067.89 | 6.54 | 1.53 |
| 60 | | 06/25/08 | 610 | FOWLER ELECTRIC<br>9054 GRAND AVE S<br>BLOOMINGTON, MN 55420-3634 | 277.04 | 277.04 | 0.88 | 0.21 |
| 61 | | 06/25/08 | 610 | DALE GREEN CO<br>1308 W HYW 13<br>BURNSVILLE, MN 55337 | 156.90 | 156.90 | 0.50 | 0.12 |
| 63 | | 06/25/08 | 610 | METRO EROSION<br>12650 ZENITH AVE S<br>BURNSVILLE, MN 55337 | 690.26 | 690.26 | 2.18 | 0.51 |
| 64 | | 06/26/08 | 610 | THANE PAGE<br>ST JOSEPH EQUIPMENT INC<br>N1626 WUENSCH ROAD<br>LACROSSE, WI 54601 | 5,660.16 | 5,660.16 | 17.89 | 4.17 |

(*) Denotes objection to Amount Filed

# Claims Distribution Small Checks

**Case:** 08-30615 - NORTHWEST BITUMINOUS, INC.
**Trustee:** Mary Jo A. Jensen-Carter (430110)

| Account No. Claim No. | Check No. Issued | Date Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 66 | | 06/27/08 | 610 | MHC ASSOCIATES<br>PO BOX 1749<br>BURNSVILLE, MN 55337 | 279.82 | 279.82 | 0.88 | 0.20 |
| 67 | | 06/27/08 | 610 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 110.75 | 110.75 | 0.35 | 0.08 |
| 68 | | 07/03/08 | 610 | TRI STATE BOBCAT<br>1800 WEST HWY 13<br>BURNSVILLE, MN 55337 | 759.12 | 759.12 | 2.40 | 0.56 |
| 69 | | 07/21/08 | 610 | LOCKRIDGE GRINDAL NAUEN PLLP<br>C/O HARRY E GALLAHER<br>100 WASHINGTON AVE SO STE 2200<br>MINNEAPOLIS, MN 55401 | 5,822.65 | 5,822.65 | 18.40 | 4.28 |
| 70 | | 07/25/08 | 610 | US BANK NA RETAIL PAYMENT SOLUTIONS<br>BANKRUPTCY DEPT<br>PO BOX 5229<br>CINCINNATI, OH 45201 | 4,466.58 | 4,466.58 | 14.12 | 3.29 |
| 73 | | 08/19/08 | 610 | RSC EQUIPMENT RENTAL<br>3750 HIGHWAY 13 WEST<br>BURNSVILLE, MN 55337 | 1,451.76 | 1,451.76 | 4.59 | 1.07 |

(*) Denotes objection to Amount Filed