MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

## Unclaimed Dividends and/or
## Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Northwest Bituminous, Inc.

Chapter 7

Case No. 08-30615

Please Check One:

__X__  Unclaimed Dividends

_____  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Tupy & Kubes Tree Service, Inc.<br>c/o Wornson, Googins, Zard, Neisen,<br> Morris & King, P.C.<br>119 East Main Street<br>New Prague, MN 56071 | 14 | $6,110.00 | $14.81 |

Date: May 16, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475