MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Northwest Bituminous, Inc.

Chapter 7

Case No. 08-30615

Please Check One:

__X__  Unclaimed Dividends

_____ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Sealmaster<br>530 Cleveland Avenue North<br>St. Paul, MN 55114 | 16 | $7,633.24 | $5.61 |
| Ferrell Companies / Explorer<br>1868 Marine Drive, Suite 202<br>West Vancouver BC<br>CANADA V7V 1J6 | 58 | $8,214.22 | $6.05 |

Date: July 14, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475